VULCAN CORPORATION, Plaintiff, Appellant, v. INTERNATIONAL SHOE MACHINE CORPORATION et al., Defendants, Appellees.

No. 4179.

Circuit Court of Appeals, First Circuit.

Dec. 9, 1946.

Rehearing Denied Dec. 26, 1946.

Writ of Certiorari Denied March 3, 1947. See 67 S.Ct. 868.

Walter F. Murray, of Cincinnati, Ohio (L. G. Miller, of Boston, Mass., and Murray, Sackhoff & Paddack, of Cincinnati, Ohio, on the brief), for appellant.

Herman T. Gammons, of Boston, Mass. (Roberts, Cushman & Grover, of Boston, Mass., on the brief), for appellees.

---

Before MAGRUDER, MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

The judgment is affirmed upon the opinion of the District Court, 68 F.Supp. 990.

---

Charles STROM and Flora Strom, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 11383.

Circuit Court of Appeals, Ninth Circuit.

Jan. 16, 1947.

L. L. Thompson and L. B. Donley, both of Tacoma, Wash., for petitioner.

Sewall Key, Acting Asst. Atty. Gen., and J. Louis Monarch, Carlton Fox, and Newton Fox, Sp. Assts. to Atty. Gen., for respondent.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

For the reasons stated in its opinion (6 T.C. 621), the decision of the Tax Court is affirmed.